| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

**ORDER ON REAFFIRMATION AGREEMENT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 8/21/2013**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

The Debtor(s) _____ has (have) filed a motion for approval of the reaffirmation agreement dated _____ made between the debtor(s) and _____. The Court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____.

COURT ORDER:

- ❏ The Court GRANTS the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependant of the debtor(s) and as being in the best interests of the debtor(s).

- ❏ The Court GRANTS the debtor's motion under 11 U.S.C. § (524(k)(8) and approves the reaffirmation agreement described above.

- ❏ The Court does not approve the reaffirmation agreement under 11 U.S.C. § 524(m).

- ❏ The Court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

- ❏ The Court does not approve the reaffirmation agreement.

*Procedural Form 240B - rev. 1/07*

*Approved by Judge Donald H. Steckroth August 21, 2013*